**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the Application of<br><br>KONOIKE CONSTRUCTION CO. LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MINISTRY OF WORKS, TANZANIA, et al.,<br><br>Defendants. | Civil Action No.<br>17-CV-__1986__ |

**DECLARATION OF JARED R. BUTCHER IN SUPPORT OF**
**PLAINTIFF'S PETITION TO CONFIRM ARBITRATION AWARD**

I, Jared R. Butcher, hereby declare as follows:

1. I am a member of the law firm Steptoe & Johnson LLP, counsel to Plaintiff Konoike Construction Co. Limited ("Konoike" or "Plaintiff") in the above-captioned action. I am admitted to practice in the U.S. District Court for the District of Columbia.

2. I make this declaration to secure the entry of judgment in this District, confirming an arbitral award ("Final Award") rendered in favor of Plaintiff against Defendants the Ministry of Works (Tanzania), the Tanzanian National Roads Agency ("TANROADS"), the Ministry of Transport (Tanzania), and the Attorney General of the United Republic of Tanzania ("Tanzania AG") (collectively "Defendants"). The Final Award was issued following an arbitration conducted in London, England under the Rules of Arbitration (the "ICC Rules") of the International Chamber of Commerce's International Court of Arbitration ("ICC") in ICC Case No. 18806/ARP/MD/TO (the "Arbitration").

3. Attached hereto are true and correct copies of the following exhibits, which are submitted with Plaintiff's petition to confirm the Final Award:

Exhibit 1:  A certified copy of the Final Award, dated February 10, 2016;

Exhibit 2:  A certified copy of the Addendum to the Final Award, dated July 28, 2016;

Exhibit 3:  A copy of the General Conditions of Contract, which contains the parties' agreement to arbitrate; and

Exhibit 4:  A certified copy of the Terms of Reference in the Arbitration, dated June 7, 2013.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on September 26, 2017.

       /s/ Jared R. Butcher      
Jared R. Butcher