UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KONOIKE CONSTRUCTION CO. LIMITED,

Plaintiff,

    v.

MINISTRY OF WORKS, TANZANIA, *et al.*

Defendants.

Civil Action No. 17-CV-1986
Judge Richard J. Leon

## RETURN OF SERVICE FOR MINISTRY OF WORKS

    I HEREBY CERTIFY that, pursuant to the provisions of 28 U.S.C. § 1608(a)(3), I caused a copy of the summons, petition to confirm arbitration award, notice of suit, and all attachments to be served on Ministry of Works, Tanzania, by (i) mailing the aforesaid documents to the said entity, addressed to Ministry of Works, Tanzania, PO Box 9423, 11475, Dar es Salaam, Tanzania, which were delivered on October 17, 2017, and (ii) mailing copies of the aforesaid documents to Ministry of Works, Tanzania, care of the Ministry of Foreign Affairs and East African Cooperation, Tanzania, PO Box 2933, Dodoma, Tanzania, which were delivered on October 23, 2017.  True and correct copies of the DHL waybills, the tracking receipts, and the proofs of delivery are attached as Exhibits 1 and 2.

    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct.  Executed on October 27, 2017.

By:    /s/ Jared R. Butcher

Jared R. Butcher (DC Bar 986287)
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave NW
Washington, DC 20036
(202) 429-6266
*Counsel to Plaintiff*