# EXHIBIT 1

Case 1:17-cv-01986-RJL   Document 13-1   Filed 10/27/17   Page 1 of 5

DHL EXPRESS

Track this shipment: http://www.dhl.com

Shipment Waybill (Non-negotiable)

For more information see DHL Web Site or call your local DHL office

**1 Payer account number and Shipment Value Protection details**

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party

Payer Account No.: 757345583

Shipment Value Protection: ☐ Yes *Increased Protection Value* (in local currency) _____
Not all payment options are available in all countries. see reverse

**2 From (Shipper)**

Shipper's account number: 757345583

Shipper's reference (up to 32 characters): [23804-001]

Contact name: Jared R. Butcher

Company name: STEPTOE & JOHNSON LLP

1330 Connecticut Avenue, NW
Washington, DC 20036

☐ Cash ☐ Check

**3 To (Receiver)**

Company name: MINISTRY OF WORKS, TANZANIA,

PO Box 9423
11475
Dar es Salaam
Tanzania

Contact person: _____
Postcode/Zip Code (required): _____ Country: _____
Phone, Fax or E-mail (required): _____

**4 Shipment details**

Billed weight is calculated from total weight and dimensions

Total number of packages: 1

Total Weight: 3.1 lb / oz

Pieces | Dimensions in inches Length × Width × Height
--- | ---
@ | × ×
@ | × ×
@ | × ×

**5 Full description of contents**

Give content and quantity

Legal Documents

**6 Non-Document Shipments Only (Customs Requirement)**

Attach the original and two copies of a Proforma or Commercial Invoice
Shipper's VAT/GST number: _____
Receiver's VAT/GST or Shipper's EIN/SSN: _____
Declared Value for Customs (as on commercial/proforma invoice): _____
Harmonized Commodity Code if applicable: _____

TYPE OF EXPORT
☐ Permanent ☐ Repair/Return ☐ Temporary

AES Transaction Number: _____

Destination duties/taxes if left blank receiver pays duties/taxes
☐ Receiver ☐ Shipper ☐ Other specify approved account number

**7 Shipper's agreement (Signature required)**

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature _____ Date _____

**8 Products & Services**

Products (not all are available to and from all locations)
☐ International Document ☐ International Non-Document
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☐ EXPRESS / WORLDWIDE
☐ EXPRESS SELECT
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery ☐ Non-standard Pickup
☐ Delivery Notification ☐ Payable Packaging
☐ Non-standard Shipment ☐ Other

Globalmail Business
☐ Priority ☐ Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT ____ lb ____ oz

Other: _____

CHARGES Services: _____

Shipment Value Protection: _____

VAT: _____

CURRENCY _____ TOTAL _____

PAYMENT DETAILS (Check, Card No.)

No.: _____ Type _____ Expires _____

Picked up by _____
Route No. _____ Time _____ Date _____

ORIGIN _____ DESTINATION CODE _____

05 2015

904 3795 320

17cv1986

Origin copy

DHL EXPRESS GLOBAL 3pl - Part 1



English　　Contact Center　　Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 9043795320**

**Signed for by: MSHANA MWAJUMA**
Get Signature Proof of Delivery

**Tuesday, October 17, 2017 at 11:35**
**Origin Service Area:**
　WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
　DAR ES SALAAM - DAR ES SALAAM - TANZANIA

1 Piece

| Tuesday, October 17, 2017 | | Location | Time | Piece |
|---|---|---|---|---|
| 18 | Delivered - Signed for by : MSHANA MWAJUMA | DAR ES SALAAM | 11:35 | 1 Piece |
| 17 | With delivery courier | DAR ES SALAAM - TANZANIA | 08:20 | 1 Piece |
| **Monday, October 16, 2017** | | **Location** | **Time** | **Piece** |
| 16 | Scheduled for delivery as agreed | DAR ES SALAAM - TANZANIA | 17:52 | 1 Piece |
| **Sunday, October 15, 2017** | | **Location** | **Time** | **Piece** |
| 15 | Arrived at Delivery Facility in DAR ES SALAAM - TANZANIA | DAR ES SALAAM - TANZANIA | 13:58 | 1 Piece |
| **Saturday, October 14, 2017** | | **Location** | **Time** | **Piece** |
| 14 | Arrived at Sort Facility DAR ES SALAAM - TANZANIA | DAR ES SALAAM - TANZANIA | 11:38 | 1 Piece |
| **Friday, October 13, 2017** | | **Location** | **Time** | **Piece** |
| 13 | Departed Facility in AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 09:30 | 1 Piece |
| 12 | Processed at AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 07:38 | 1 Piece |
| 11 | Arrived at Sort Facility AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 04:21 | 1 Piece |
| 10 | Departed Facility in BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 00:53 | 1 Piece |
| **Thursday, October 12, 2017** | | **Location** | **Time** | **Piece** |
| 9 | Processed at BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 21:38 | 1 Piece |
| 8 | Arrived at Sort Facility BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 19:34 | 1 Piece |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:10 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02:43 | 1 Piece |
| **Wednesday, October 11, 2017** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:45 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:42 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:38 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:36 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 12:06 | |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service.

**Terms & Conditions**
**Tracking FAQs**

Deutsche Post DHL Group



EXCELLENCE. SIMPLY DELIVERED.

23 October 2017

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9043795320.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9043795320 was delivered on 17 October 2017 at 11.35**

| | | | |
|---|---|---|---|
| **Signed** | MSHANA MWAJUMA | **Destination Service Area** | DAR ES SALAAM TANZANIA |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600004872317616 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 11 October 2017 at 12.06 | | |
| | | **Shipper Reference** | 23804.000 |