# EXHIBIT 1

# DHL EXPRESS — Shipment Waybill (Non negotiable)

Track this shipment: http://www.dhl.com
For more information see DHL Web Site or call your local DHL office

**1 Payer account number and Shipment Value Protection details**

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check
Payer Account No.: 957245583
Shipment Value Protection: ☐ Yes Increased Protection Value (in local currency) — see reverse

**2 From (Shipper)**

Shipper's account number: 957245583
Shipper's reference (up to 32 characters): 23804.0001
Contact name: Jared R. Butcher
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**3 To (Receiver)**

Company name: MINISTRY OF TRANSPORT, TANZANIA
Delivery address (DHL cannot deliver to a PO Box): PO Box 9423
Postcode/Zip Code (required): 11475
Dar es Salaam
Country: Tanzania
Contact person:
Phone, Fax or E-mail (required):

**4 Shipment details**

Total number of packages: 1
Total Weight: 3.1 lb oz
Dimensions in inches: Pieces × Length × Width × Height
@ × ×
@ × ×
@ × ×

**5 Full description of contents**

Give content and quantity: Legal Documents

**6 Non-Document Shipments Only (Customs Requirement)**

Attach the original and two copies of a Proforma or Commercial Invoice
Shipper's VAT/GST number:
Receiver's VAT/GST or Shipper's EIN/SSN:
Harmonized Commodity Code if applicable:
Declared Value for Customs (as on commercial/proforma invoice):
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
AES Transaction Number:
Destination duties/taxes if left blank receiver pays duties/taxes:
☐ Receiver ☐ Shipper ☐ Other __ specify approved account number

**7 Shipper's agreement (Signature required)**

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all applicable, the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature: __ Date: __/__/__

**8 Products & Services**
Products (not all are available to and from all locations)
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☐ EXPRESS/WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER
Optional Services (extra charges may apply)
☐ Saturday Delivery ☐ Non-standard Pickup
☐ Delivery Notification ☐ Payable Packaging
☐ Non-standard Shipment ☐ Other
Globalmail Business
☐ Priority ☐ Standard ☐ Other

ORIGIN __ DESTINATION CODE __

05 2015

904 3795 342

17cv1986

DIMENSIONAL/CHARGEABLE WEIGHT: lb · oz
CHARGES Services
Shipment Value Protection
Other
VAT
CURRENCY TOTAL
PAYMENT DETAILS (Check, Card No.)
No.:
Type Expires
Picked up by
Route No. Time Date

Origin copy

DHL EXPRESS GLOBAL 3pl - Part 1



English     Contact Center     Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

| Waybill: 9043795342 | Monday, October 16, 2017 at 13:09 | 1 Piece |
|---|---|---|
| **Signed for by: CHUMU** <br> Get Signature Proof of Delivery | **Origin Service Area:** <br> WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA <br> **Destination Service Area:** <br> DAR ES SALAAM - DAR ES SALAAM - TANZANIA | |

| **Monday, October 16, 2017** | | **Location** | **Time** | **Piece** |
|---|---|---|---|---|
| 16 | Delivered - Signed for by : CHUMU | DAR ES SALAAM | 13:09 | 1 Piece |
| 15 | With delivery courier | DAR ES SALAAM - TANZANIA | 13:08 | 1 Piece |
| 14 | Arrived at Delivery Facility in DAR ES SALAAM - TANZANIA | DAR ES SALAAM - TANZANIA | 07:36 | 1 Piece |
| **Saturday, October 14, 2017** | | **Location** | **Time** | **Piece** |
| 13 | Departed Facility in AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 13:20 | 1 Piece |
| 12 | Processed at AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 10:46 | 1 Piece |
| **Friday, October 13, 2017** | | **Location** | **Time** | **Piece** |
| 11 | Arrived at Sort Facility AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 04:21 | 1 Piece |
| 10 | Departed Facility in BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 00:53 | 1 Piece |
| **Thursday, October 12, 2017** | | **Location** | **Time** | **Piece** |
| 9 | Processed at BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 21:38 | 1 Piece |
| 8 | Arrived at Sort Facility BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 19:34 | 1 Piece |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:10 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02:43 | 1 Piece |
| **Wednesday, October 11, 2017** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:45 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:42 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:38 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:36 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 12:06 | |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service.

Terms & Conditions

Tracking FAQs

Deutsche Post DHL Group



EXCELLENCE. SIMPLY DELIVERED.

23 October 2017

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9043795342.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9043795342 was delivered on 16 October 2017 at 13.09**

| | | | |
|---|---|---|---|
| **Signed** | CHUMU | **Destination Service Area** | DAR ES SALAAM TANZANIA |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600004872317619 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 11 October 2017 at 12.06 | **Shipper Reference** | 23804.0001 |