# EXHIBIT 1

# DHL EXPRESS

**Shipment Waybill** (Non-negotiable)

Track this shipment: http://www.dhl.com
For more information see DHL Web Site or call your local DHL office

**Payer account number and Shipment Value Protection details**

**1** Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check
Payer Account No.: 957245583
Shipment Value Protection: ☐ Yes *Increased Protection Value* (in local currency) _____
Shipper's account number: 957245583
Shipper's reference (up to 32 characters): [23884.0001]

**2 From (Shipper)**
Contact name: Jared R. Butcher
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**3 To (Receiver)**
Company name: ATTORNEY GENERAL OF THE UNITED REPUBLIC OF TANZANIA
Delivery address: PO Box 9050
Dar es Salaam
Tanzania
Postcode/Zip Code: _____
Country: _____
Contact person: _____
Phone, Fax or E-mail: _____

**Shipment details**

05
2015

904 3795 331

17cv1986

**4 Shipment details**
Total number of packages: 1
Total Weight: 3.1 lb

**5 Full description of contents**
Legal Documents

**6 Non-Document Shipments Only (Customs Requirement)**
Shipper's VAT/GST number: _____
Declared Value for Customs: _____
AES Transaction Number: _____
Destination duties/taxes: ☐ Receiver ☐ Shipper ☐ Other
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

**7 Shipper's agreement (Signature required)**
Signature _____ Date _____

**8 Products & Services**
☐ International Document ☐ International Non-Document
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☐ EXPRESS / WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

Optional Services:
☐ Saturday Delivery ☐ Non-standard Pickup
☐ Delivery Notification ☐ Payable Packaging
☐ Non-standard Shipment ☐ Other
☐ Globalmail Business ☐ Priority ☐ Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: lb / oz

CHARGES / Services / Other / Shipment Value Protection / VAT

PAYMENT DETAILS (Check, Card No.)
CURRENCY / TOTAL
Type / Expires
No.:
Picked up by / Route No.
Time / Date

Origin copy



English    Contact Center    Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 9043795331**

**Signed for by: LUSAJO**

Get Signature Proof of Delivery

**Monday, October 16, 2017 at 11:12**
**Origin Service Area:**
  WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
  DAR ES SALAAM - DAR ES SALAAM - TANZANIA

1 Piece

| | Monday, October 16, 2017 | Location | Time | Piece |
|---|---|---|---|---|
| 17 | Delivered - Signed for by : LUSAJO | DAR ES SALAAM | 11:12 | 1 Piece |
| 16 | With delivery courier | DAR ES SALAAM - TANZANIA | 07:55 | 1 Piece |
| | **Sunday, October 15, 2017** | **Location** | **Time** | **Piece** |
| 15 | Arrived at Delivery Facility in DAR ES SALAAM - TANZANIA | DAR ES SALAAM - TANZANIA | 13:57 | 1 Piece |
| | **Saturday, October 14, 2017** | **Location** | **Time** | **Piece** |
| 14 | Arrived at Sort Facility DAR ES SALAAM - TANZANIA | DAR ES SALAAM - TANZANIA | 11:38 | 1 Piece |
| | **Friday, October 13, 2017** | **Location** | **Time** | **Piece** |
| 13 | Departed Facility in AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 09:30 | 1 Piece |
| 12 | Processed at AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 07:38 | 1 Piece |
| 11 | Arrived at Sort Facility AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 04:21 | 1 Piece |
| 10 | Departed Facility in BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 00:53 | 1 Piece |
| | **Thursday, October 12, 2017** | **Location** | **Time** | **Piece** |
| 9 | Processed at BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 21:38 | 1 Piece |
| 8 | Arrived at Sort Facility BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 19:34 | 1 Piece |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:10 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02:43 | 1 Piece |
| | **Wednesday, October 11, 2017** | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:45 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:42 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:38 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:36 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 12:06 | |

Case 1:17-cv-01986-RJL   Document 16-1   Filed 10/27/17   Page 4 of 5

If you would prefer to speak to someone personally about the location of your shipment, please  contact  DHL Express Customer Service.

**Terms & Conditions**
**Tracking FAQs**



EXCELLENCE. SIMPLY DELIVERED.

23 October 2017

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9043795331.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9043795331 was delivered on 16 October 2017 at 11.12**

| | | | |
|---|---|---|---|
| **Signed** | LUSAJO | **Destination Service Area** | DAR ES SALAAM TANZANIA |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600004872317617 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 11 October 2017 at 12.06 | **Shipper Reference** | 23804 001 |