# EXHIBIT 2

# DHL EXPRESS Shipment Waybill

Track this shipment: http://www.dhl.com

**Waybill No:** 904 3795 246

## 1. Payer account number and Shipment Value Protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check

Payer Account No.: 757245563

Shipment Value Protection: ☐ Yes, Increased Protection Value _____ (in local currency)

## 2. From (Shipper)

Shipper's account number: 757245563

Shipper's reference (up to 32 characters): [23804.0001]  17cv1986

Company name / Contact name:
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

## 3. To (Receiver)

Company name:
Ministry of Works, Tanzania;
Ministry of Transport, Tanzania;
Tanzania National Roads Agency; and
Attorney General of the United Republic of Tanzania

Delivery address (DHL cannot deliver to a PO Box):
C/O Ministry of Foreign Affairs and
East African Cooperation
PO Box 2933, Dodoma, TANZANIA

Country: TANZANIA

## 4. Shipment details

Total number of packages: 1
Total Weight: 2 lb

## 5. Full description of contents

Legal Documents

Date: 05 / 2015



Express   Logistics   Mail   Press   Careers   About Us          Content Search [   ] Go



›My DHL Express

›Shipping
›Tracking
›Customs Services and Support
›Export Services
›Import Services
›Optional Services
›Small Business Solutions
›Resource Center

## Schedule a Pick-up: Confirmation

Enter                                                                     **Confirmation**

Pick-up scheduled for:
**Monday, October 16, 2017** 📅
Between 3:00 pm and 6:00 pm
Confirmation number: 573376

Please keep your confirmation number for your reference. If you need further assistance with this pick-up, please contact us.

▸ Schedule another Pick-up
▸ Cancel request

### Next time save some money.
Use a DHL shipping spot, retail, drop box, or service center.
▸ Find my nearest drop-off location

**Deutsche Post DHL Group**



English  Contact Center  Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 9043795246**

**Signed for by: SIMON RUCHUS**

**Get Proof of Delivery**

**Monday, October 23, 2017 at 12:03**
**Origin Service Area:**
 WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
 DAR ES SALAAM - DODOMA - TANZANIA

1 Piece

| Monday, October 23, 2017 | | Location | Time | Piece |
|---|---|---|---|---|
| 18 | Delivered - Signed for by : SIMON RUCHUS | DODOMA | 12:03 | |
| **Thursday, October 19, 2017** | | **Location** | **Time** | **Piece** |
| 17 | Forwarded for delivery | DAR ES SALAAM - TANZANIA | 20:41 | 1 Piece |
| 16 | Arrived at Delivery Facility in DAR ES SALAAM - TANZANIA | DAR ES SALAAM - TANZANIA | 07:10 | 1 Piece |
| 15 | Arrived at Sort Facility DAR ES SALAAM - TANZANIA | DAR ES SALAAM - TANZANIA | 07:05 | 1 Piece |
| **Wednesday, October 18, 2017** | | **Location** | **Time** | **Piece** |
| 14 | Departed Facility in AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 08:10 | 1 Piece |
| 13 | Processed at AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 07:11 | 1 Piece |
| 12 | Arrived at Sort Facility AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLANDS, THE | 04:45 | 1 Piece |
| 11 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 03:30 | 1 Piece |
| 10 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 02:34 | 1 Piece |
| **Tuesday, October 17, 2017** | | **Location** | **Time** | **Piece** |
| 9 | Shipment arrived at incorrect facility. Sent to correct destination | LEIPZIG - GERMANY | 23:19 | |
| 8 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 22:03 | 1 Piece |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 07:12 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 06:05 | 1 Piece |
| **Monday, October 16, 2017** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:55 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:50 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:36 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:36 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 16:50 | |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service.

**Terms & Conditions**
**Tracking FAQs**

Deutsche Post DHL Group



23 October 2017

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9043795246.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9043795246 was delivered on 23 October 2017 at 12.03**

| | | | |
|---|---|---|---|
| **Signed** | SIMON RUCHUS | **Destination Service Area** | DAR ES SALAAM TANZANIA |
| | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600004880803298 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 16 October 2017 at 16.50 | | |
| | | **Shipper Reference** | 238040001 17CV1986 |