# EXHIBIT 7



**TANZANIA NATIONAL ROADS AGENCY**

P.O Box 11364
3rd Floor
Airtel House
Ali Hassan Mwinyi/Kawawa Roads Junction
Dar es Salaam

Tel:  + 255 22 2926001
      + 255 22 2926002
      + 255 22 2926003
      + 255 22 2926004
      + 255 22 2926005
      + 255 22 2926006

Fax: +255 22 2926011

E-Mail: tanroadshq@tanroads.org

13th March 2018

**Our Ref. No. TRD/HQ/L/560/109**

*Good roads for national development*

Addleshaw Goddard LLP
Milton Gate,
60 Chiswell Street
London EC1Y 4AG
United Kingdom
j.tattersall@aglaw.com
Fax +44(0) 20 7606 4390 DX 47 London
Dear Sirs,

**RE: KONOIKE CONSTRUCTION CO.LTD [THE CLAIMANT] vs (1) MINISTRY OF WORKS (TANZANIA) (2) TANZANIA NATIONAL ROADS AGENCY (TANZANIA) (3) THE MINISTRY OF TRANSPORT (TANZANIA) AND (4) THE ATTORNEY GENERAL (THE RESPONDENTS) – ICC 18806/ARP/MD/TO**

**Sub: Payment of the Arbitral Award**

Kindly refer to the above captioned subject matter.

As you may recall, the Government had resorted to pay Konoike Construction Co. Ltd pursuant to the **ICC Arbitral Award arising from ICC Case No. 108806/ARP/MD/TO** following Konoike refusal to accept the Government offers during the attempted amicable settlement from 20th November 2017 to 2nd February 2018.

Please Take Note that, pursuant to the Arbitral Award, the total amount due by **9th March 2018** stands at USD **65,099,338.00**. However, we have deducted withholding tax of 5% and the Tax liability you owed Tanzania Revenue Authority (TRA) by virtue of the TRA Agency Notices dated **8th March 2018** addressed to us and copied to you, requiring us to deduct your tax liability. Hence the amount due to you after all tax deductions stands at **USD 11,344,352.89.**

1

---

**TANROADS** is an Executive Agency of the Ministry of Works, Transport and Communication Tanzania, established under the Executive Agencies Act, 1997



The following is a breakdown of the Payment;

| | |
|---|---|
| **GROSS AMOUNT (TZS)** | 146,909,676,064.60 |
| **LESS: 5% WITHHOLDING TAX (TZS)** | 7,345,483,803.23 |
| **AMOUNT DUE TO KONOIKE BEFORE TRA AGENCY NOTICE (TZS)** | 139,564,192,261.37 |
| **LESS: TAX LIABILITY AS PER THE TRA AGENCY NOTICE (TZS)** | 113,963,391,097.12 |
| **NET AMOUNT PAYABLE TO KONOIKE (TZS)** | 25,600,801,164.25 |
| **EXCHANGE RATE** | 2,256.70 |
| **NET AMOUNT PAYABLE TO KONOIKE (USD)** | 11,344,352.89 |

This is to inform you that the Payment of **USD 11,344,352.89** was made on **12th March 2018** in the following Bank Account submitted by you vide the Draft Settlement Agreement and confirmed through your letter dated **26th February 2018** with reference **ALEXD/TATT/341052-1.**

**Account Name;** KONOIKE CONSTRUCTION COMPANY LIMITED
**Bank Name:** THE SUMITOMO MITSUI BANKING CORPORATION OSAKA HEAD OFFICE. 6-5, KITAHAMA, 4 – CHOME, CHUO-KU, OSAKA, JAPAN
**Swift Code:** SM BCJPJT
**Bank Account No.:** 225628

Therefore, we confirm that the awarded amount has been paid in full according to the Arbitral Award and there are no other remaining debts or liability owed to the Defendants and we request you to confirm and acknowledge that the award is fully paid and satisfied.

Now that the award has been satisfied, we therefore demand you to withdraw all suits on enforcement of the Arbitral award in all jurisdictions filed by your Client forthwith.

Yours Sincerely,

Eng. Chrispianus B. Ako
**Ag. Chief Executive**

**Cc.**
1. Prof. Makame M. Mbarawa (MP),
   Ministry of Works, Transport and Communications,
   P.O Box 2888,
   40470 DODOMA
   **TANZANIA.**

2

---

**TANROADS** is an Executive Agency of the Ministry of Works, Transport and Communication Tanzania, established under the Executive Agencies Act, 1997



2. Prof. Palamagamba Kabudi (MP),
   Minister of Constitution and Legal Affairs,
   P.O Box 315,
   40484 DODOMA

3. Eng. John Kijazi,
   The Chief Secretary,
   President's Office,
   P.O Box 9120,
   **11400 DAR ES SALAAM.**

4. Eng. Joseph Nyamhanga,
   The Permanent Secretary (Works),
   Ministry of Works, Transport and CommunicationS,
   P.O Box 2888,
   40470 DODOMA
   **TANZANIA.**

5. Eng. Leonard Chamuriho,
   The Permanent Secretary (Transport),
   Ministry of Works, Transport and Communication
   P.O Box 9423,
   **DAR ES SALAAM.**

6. Mr. Dotto James,
   The Permanent Secretary,
   Ministry of Finance and Planning,
   P.O Box 9111,
   **DAR ES SALAAM.**

7. Hon. Dr. Aderlardus Kilangi,
   The Attorney General,
   Attorney General's Chambers,
   20 Kivukoni Road,
   P.O Box 9050,
   **DAR ES SALAAM.**

8. H.E Ambassador Masaharu Yoshida
   Embassy of Japan in Tanzania,
   Plot No. 1018, Ali Hassan Mwinyi Road, P.O Box 2577,
   Dar es Salaam, Tanzania.
   Email: masaharu.yoshida@mofa.go.jp

9. Shoichi Oku
   General Manager, Administration Dept.
   International Division

3

**TANROADS** is an Executive Agency of the Ministry of Works, Transport and Communication Tanzania, established under the Executive Agencies Act, 1997



Konoike Construction Co. Ltd
2-7-5 Minamisuna, Koto-ku,
Tokyo, 136-8880, **JAPAN.**
**Email:** oku si@konoike.co.jp

10. Hisashi Nishimura,
    Representative Tanzania Branch,
    Konoike Construction Co. Ltd
    **DAR ES SALAAM.**

11. The Registrar,
    Abu Dhabi Global Market Court (ADGM),
    Abu Dhabi Global Market (ADGM) Building
    ADGM Square
    Al Maryah Island
    PO Box 111999
    Abu Dhabi, UAE

    Tel; +971 2 333 8888
    Fax; +971 2 643 2394

    Email: adgmcourtsregistry@adgm.com

    **NB: In reference to Case No. ADGMCFI-2018-001 before His Honour Justice Sir Adrew Smith**

12. High Court of Justice Queen's Bench Division,
    Technology and Construction Court
    7 Rolls Buildings
    Fetter Lane
    London
    EC4A 1NL
    Tel: 020 7947 7156
    **NB: In reference to Claim No. HT-2016-000307 before Mrs Justice Jefford and Mr. Justice Frasser**

13. United States, District Court for the District of Columbia
    E. Barrett Prettyman,
    United States Courthouse,
    333 Constitution Ave NW,
    Washington, DC 20001, USA
    **NB: In reference to Civil Action No. 17- CV - 1986 before Judge Richard Leon.**

14. The Registrar,
    High Court (T) – Commercial Division
    Kivukoni Front/Luthuli Street
    P.O.BOX 12533
    **DAR-ES-SALAAM**
    **NB: In reference to Miscellaneous Commercial Cause No. 282 of 2016 before Songoro**

4

---

**TANROADS** is an Executive Agency of the Ministry of Works, Transport and Communication Tanzania, established under the Executive Agencies Act, 1997

