# DHL EXPRESS Shipment Waybill (Non negotiable)

Track this shipment http://www.dhl.com

**904 3794 690**

ORIGIN | DESTINATION CODE

## 1 Payer account number and Shipment Value Protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check

Payer Account No: 757245583

Shipment Value Protection see reverse
☐ Yes Increased Protection Value _____ (in local currency)

Not all payment options are available in all countries

17cv1968 RJL

## 2 From (Shipper)

Shipper's account number: 757245583

Contact name: 17cv1986 RJL

Shipper's reference (up to 32 characters): (23804.0001)

17cv1968 RJL

United States District and Bankruptcy Courts
for the District of Columbia
Clerk's Office
333 Constitution Avenue, N.W.
Washington, D.C. 20001

## 3 To (Receiver)

Company name:

MINISTRY OF WORKS, TANZANIA
PO Box 9423
11475
Dar es Salaam
Tanzania

Postcode/Zip Code (required): 
Country:
Contact person:
Phone, Fax or E-mail (required):

## 4 Shipment details

Billed weight is calculated from total weight and dimensions

Total number of packages | Total Weight | Pieces | Length | Width | Height
---|---|---|---|---|---
 | lb    oz | @ | x | x
 |  | @ | x | x
 |  | @ | x | x
 |  | @ | x | x

### description of contents
ntent and quantity

## 6 Non-Document Shipments Only (Customs Requirement)
Attach the original and two copies of a Proforma or Commercial invoice

Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice) | Harmonized Commodity Code if applicable

AES Transaction Number | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination duties/taxes If left blank receiver pays duties/taxes
☐ Receiver ☐ Shipper ☐ Other specify approved account number

## 7 Shipper's agreement (Signature required)
Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse)

Signature _____ Date __/__/__

## 8 Products & Services

International Document ☐ | International Non Document ☐

Products (not all are available to and from all lo)
☐ EXPRESS 9 00
☐ EXPRESS 10 30
☐ EXPRESS 12 00
☐ EXPRESS / WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery ☐ Non standard
☐ Delivery Notification ☐ Payable Packa
☐ Non standard Shipment ☐ Other

Globalmail Business
☐ Priority ☐ Standard ☐ C

DIMENSIONAL/CHARGEABLE WEI
lb

CHARGES
Services
Other
Shipment Value Protection
VAT

CURRENCY | TOTAL

PAYMENT DETAILS (Check, Card N
No.:
Type _____ Expires
Picked up by
Route No.
Time _____ Date

# DHL EXPRESS
## Shipment Waybill (Non negotiable)

**ONLY SECTIONS FOR DHL USE ONLY**
ORIGIN | DESTINATION CODE

**904 3794 686**

### 1 Payer account number and Shipment Value Protection details
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check
Payer Account No: **757245583**

Shipment Value Protection — see reverse
☐ Yes Increased Protection Value _____ (in local currency)
Not all payment options are available in all countries

### 2 From (Shipper)
Shipper's account number: **757245583**
Contact name:

Shipper's reference (up to 32 characters): **[23804.0001] 17cv1986 RJL**

Company name:

United States District and Bankruptcy Courts
for the District of Columbia
Clerk's Office
333 Constitution Avenue, N.W.
Washington, D.C. 20001

### 3 To (Receiver)
Company name:

TANZANIAN NATIONAL ROADS AGENCY
PO Box 11364
Third Floor Airtel House
Ali Hassan Mwinyi / Kawawa Roads Junction
Dar es Salaam
Tanzania

Postcode/Zip Code (required): 
Country: 
Contact person: 
Phone, Fax or E-mail (required): 

### 4 Shipment details
Billed weight is calculated from total weight and dimensions

Total number of packages | Total Weight | Pieces | Length | Width | Height
--- | --- | --- | --- | --- | ---
 | lb     oz | @ | x | x 
 |  | @ | x | x 
 |  | @ | x | x 
 |  | @ | x | x 

Full description of contents
content and quantity

### 6 Non-Document Shipments Only (Customs Requirement)
Attach the original and two copies of a Proforma or Commercial invoice
Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice) | Harmonized Commodity Code if applicable

AES Transaction Number | TYPE OF EXPORT
☐ Permanent ☐ Repair/Return ☐ Temporary

Destination duties/taxes If left blank receiver pays duties/taxes
☐ Receiver ☐ Shipper ☐ Other specify approved account number

### 7 Shipper's agreement (Signature required)
Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse)

Signature _____ Date __ / __ / __

### 8 Products & Services
International Document ☐  International Non Document ☐

Products (not all are available to and from all lo)
☐ EXPRESS 9 00
☐ EXPRESS 10 30
☐ EXPRESS 12 00
☐ EXPRESS WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery ☐ Non standard
☐ Delivery Notification ☐ Payable Packa
☐ Non standard Shipment ☐ Other

Globalmail Business
☐ Priority ☐ Standard ☐

DIMENSIONAL/CHARGEABLE WEI
lb

CHARGES
Services

Other

Shipment Value Protection

VAT

CURRENCY | TOTAL

PAYMENT DETAILS (Check, Card N
No.:
Type             Expires

Picked up by
Route No.
Time             Date

# DHL EXPRESS

**Shipment Waybill** (Non negotiable)

Track this shipment: http://www.dhl.com

05 2015

ORIGIN

DESTINATION CODE

**904 3794 712**

## 1 | Payer account number and Shipment Value Protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check

Payer Account No: 757245583

**Shipment Value Protection** see reverse
☐ Yes *Increased Protection Value* _____ (in local currency)
Not all payment options are available in all countries

## 2 | From (Shipper)

Shipper's account number: 757245583

Contact name:

Shipper's reference (up to 32 characters): [23804.0001]   17cv1986 RJL

United States District and Bankruptcy Courts
for the District of Columbia
Clerk's Office
333 Constitution Avenue, N W
Washington, D.C 20001

## 3 | To (Receiver)

Company name:

MINISTRY OF TRANSPORT, TANZANIA,
PO Box 9423
11475
Dar es Salaam
Tanzania

Postcode/Zip Code (required):    Country:

Contact person:    Phone, Fax or E-mail (required):

## 4 | Shipment details

Billed weight is calculated from total weight and dimensions

| Total number of packages | Total Weight | Pieces | Dimensions in inches Length | Width | Height |
|---|---|---|---|---|---|
| | lb        oz | @ | x | x | |
| | | @ | x | x | |
| | | @ | x | x | |
| | | @ | x | x | |

**Description of contents**
tent and quantity

## 6 | Non-Document Shipments Only (Customs Requirement)

Attach the original and two copies of a Proforma or Commercial invoice

Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN

d Value for Customs (commercial/proforma invoice) | Harmonized Commodity Code if applicable

nsaction Number | **TYPE OF EXPORT** ☐ Permanent ☐ Repair/Return ☐ Temporary

ion duties/taxes If left blank receiver pays duties/taxes
ceiver ☐ Shipper ☐ Other ☐ specify approved account number

## 7 | Shipper's agreement (Signature required)

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse)

Signature    Date    /    /

## 8 | Products & Services

International Document ☐   International Non Document ☐

**Products** (not all are available to and from all)
☐ EXPRESS 9 00
☐ EXPRESS 10 30
☐ EXPRESS 12 00
☐ EXPRESS / WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

**Optional Services** (extra charges may apply)
☐ Saturday Delivery   ☐ Non-standa
☐ Delivery Notification   ☐ Payable Pac
☐ Non-standard Shipment   ☐ Other

**Globalmail Business**
☐ Priority   ☐ Standard

DIMENSIONAL/CHARGEABLE W

lb

**CHARGES**
Services
Other
Shipment Value Protection
VAT

CURRENCY | TOTAL

PAYMENT DETAILS (Check, Can

No. :

Type    Expires

Picked up by
Route No.
Time    Date

# DHL EXPRESS
## Shipment Waybill (Non negotiable)

**ONLY SECTIONS FOR DHL USE ONLY**

**ORIGIN** — 2015

**DESTINATION CODE**

**904 3794 701**

### 1. Payer account number and Shipment Value Protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check

Payer Account No: 957245583

**Shipment Value Protection** see reverse
☐ Yes *Increased Protection Value* _____ (in local currency)
Not all payment options are available in all countries

### 2. From (Shipper)

Shipper's account number: 957245583

Contact name:

Shipper's reference (up to 32 characters): [23804.0001] 17cv1986 RJL

Company name:

United States District and Bankruptcy Courts
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, D.C. 20001

### 3. To (Receiver)

Company name:

De

ATTORNEY GENERAL OF THE UNITED REPUBLIC OF TANZANIA
PO Box 9050
Dar es Salaam
Tanzania

Postcode/Zip Code (required):

Country:

Contact person:

Phone, Fax or E-mail (required):

### 4. Shipment details
*Billed weight is calculated from total weight and dimensions*

| Total number of packages | Total Weight | Pieces | Dimensions in inches Length | Width | Height |
|---|---|---|---|---|---|
| | lb       oz | @ | x | x | |
| | | @ | x | x | |
| | | @ | x | x | |
| | | @ | x | x | |

### description of contents
ntent and quantity

### 6. Non-Document Shipments Only (Customs Requirement)
Attach the original and two copies of a Proforma or Commercial invoice

Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice) | Harmonized Commodity Code if applicable

AES Transaction Number | TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination duties/taxes If left blank receiver pays duties/taxes
☐ Receiver ☐ Shipper ☐ Other *specify approved account number*

### 7. Shipper's agreement (Signature required)
Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse)

Signature                            Date     /     /

### 8. Products & Services

International Document ☐ | International Non Document ☐

**Products** (not all are available to and from all)
☐ EXPRESS 9 00
☐ EXPRESS 10 30
☐ EXPRESS 12 00
☐ EXPRESS / WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

**Optional Services** (extra charges may apply)
☐ Saturday Delivery ☐ Non standa
☐ Delivery Notification ☐ Payable Pac
☐ Non-standard Shipment ☐ Other

**Globalmail Business**
☐ Priority ☐ Standard ☐

**DIMENSIONAL/CHARGEABLE WE**
lb

**CHARGES**
Services
Other
Shipment Value Protection
VAT

CURRENCY | TOTAL

PAYMENT DETAILS (Check, Card
No. :
Type         Expires
Picked up by
Route No.
Time         Date

# DHL EXPRESS — Shipment Waybill (Non negotiable)

Track this shipment: http://www.dhl.com

05 2015

**904 3794 675**

GREY SECTIONS FOR DHL USE ONLY | ORIGIN | DESTINATION CODE

## 1 Payer account number and Shipment Value Protection details

Charge to: [X] Shipper  [ ] Receiver  [ ] 3rd party  [ ] Cash  [ ] Check

Payer Account No: 757245583

Not all payment options are available in all countries

**Shipment Value Protection** see reverse
[ ] Yes *Increased Protection Value* _____ (in local currency)

## 2 From (Shipper)

Shipper's account number: 757245583

Contact name:

Shipper's reference (up to 32 characters): [23804.0000] 17cv1986 RJL

Company name:

United States District and Bankruptcy Courts
for the District of Columbia
Clerk's Office
333 Constitution Avenue, N.W
Washington, D C 20001

## 3 To (Receiver)

Company name:

Ministry of Foreign Affairs and East African Cooperation
PO Box 2933
Dodoma, Tanzania

Postcode/Zip Code (required) | Country

Contact person | Phone, Fax or E-mail (required)

## 4 Shipment details

Billed weight is calculated from total weight and dimensions

Total number of packages | Total Weight | Pieces | Dimensions in inches (Length × Width × Height)

lb     oz

description of contents
ntent and quantity

## 6 Non-Document Shipments Only (Customs Requirement)

Attach the original and two copies of a Proforma or Commercial invoice

Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN

d Value for Customs mmercial/proforma invoice | Harmonized Commodity Code if applicable

nsaction Number | TYPE OF EXPORT [ ] Permanent [ ] Repair/Return [ ] Temporary

ion duties/taxes If left blank receiver pays duties/taxes
ceiver [ ] Shipper [ ] Other ___ specify approved account number

## 7 Shipper's agreement (Signature required)

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse)

Signature _____ Date __ / __ / __

## 8 Products & Services

International Document [ ]   International Non Documen [ ]

Products (not all are available to and from al)
[ ] EXPRESS 9 00
[ ] EXPRESS 10 30
[ ] EXPRESS 12 00
[ ] EXPRESS / WORLDWIDE
[ ] ECONOMY SELECT
[ ] EXPRESS ENVELOPE
[ ] OTHER

Optional Services (extra charges may apply)
[ ] Saturday Delivery   [ ] Non-standa
[ ] Delivery Notification   [ ] Payable Pa
[ ] Non standard Shipment   [ ] Other

Globalmail Business
[ ] Priority   [ ] Standard

DIMENSIONAL/CHARGEABLE W
lb

CHARGES
Services
Other
Shipment Value Protection
VAT

CURRENCY | TOTAL

PAYMENT DETAILS (Check, Card

No. :
Type      Expires
Picked up by
Route No.
Time       Date

ACEPAC 3p(13)12 Ub