

English   Contact Center   Tools   Country Profile   DHL Global

**Express**   **Logistics**   **Mail**   **Press**   **Careers**   **About Us**                          Content Search [      ] Go



›My DHL Express

›Shipping
›Tracking
›Customs Services and Support
›Export Services
›Import Services
›Optional Services
›Small Business Solutions
›Resource Center

## Schedule a Pick-up: Confirmation

Enter                                                          **Confirmation**

Pick-up scheduled for:
**Wednesday, March 28, 2018**
Between 10:00 am and 4:30 pm
Confirmation number: 519596

Please keep your confirmation number for your reference. If you need further assistance with this pick-up, please contact us.

▸ Schedule another Pick-up
▸ Cancel request

### Next time save some money.
Use a DHL shipping spot, retail, drop box, or service center.
▸ Find my nearest drop-off location

Deutsche Post DHL Group